IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTT JEFFERSON FOX                                                          PLAINTIFF

v.                            Civil No. 05-5162

DR. NEIL MULLINS; and
SHERIFF KEITH FERGUSON                                                    DEFENDANTS

**O R D E R**

On January 4, 2007, mail sent to the plaintiff at the Arkansas Department of Correction, Grady Unit, was returned as undeliverable because "the name and number did not match." The court notes that the prisoner number assigned to the plaintiff in this case #128040 is assigned to Scott Richey. Upon further review of the file and correspondence sent to the court at various times, the court notes the plaintiff has on various occasions listed his name as Scott Jefferson Fox Richey. On at least one previous occasion, February 8, 2006, the court was required to re-send mail to the plaintiff at the Grady Unit under the name Scott Richey.

For this reason, **the clerk is directed to note on the docket sheet that the plaintiff's complete name is Scott Jefferson Fox Richey.** The clerk is directed to resend to the Grady Unit, using the plaintiff's complete name, all mail that has been returned.

IT IS SO ORDERED this 8th day of January 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE