IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SCOTT JEFFERSON FOX RICHEY                                                    PLAINTIFF

        v.                        Civil No. 05-5162

DR. NEIL MULLINS; and
SHERIFF KEITH FERGUSON                                                        DEFENDANTS

## ORDER

    This case is set for evidentiary hearing beginning on June 26, 2007, at 9:00 a.m.  The plaintiff is proceeding in forma pauperis and pro se.  The court has issued subpoenas for the following witnesses: (1) Joshua Potter, 31 Worcester, Bella Vista, AR  72714; and (2) Danny Lane, 575 Oak Ridge Road, Rogers, AR  72756.

    The court hereby directs the United States Marshal Service to either arrange for transportation for these individuals through a third party or transport these two individuals from their homes to the Federal Courthouse at 35 E. Mountain in Fayetteville for the evidentiary hearing and return them to their homes at the conclusion of their testimony.  All expenses associated with the transportation will be borne by the government.

    IT IS SO ORDERED this 25th day of June 2007.

                                            /s/ *J. Marschewski*
                                            HON. JAMES R. MARSCHEWSKI
                                            UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)