**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**SCOTT JEFFERSON FOX RICHEY**                                              **PLAINTIFF**

**v.**                               **Civil No. 05-5162**

**DR. NEIL MULLINS; and
SHERIFF KEITH FERGUSON**                                                **DEFENDANTS**

**O R D E R**

Now on this 16th day of August, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #71, filed July 27, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, judgment is entered in favor of the defendants and this action is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                    **/s/Jimm Larry Hendren
                                                    HON. JIMM LARRY HENDREN
                                                    UNITED STATES DISTRICT JUDGE**